UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

          Plaintiff

-vs-

ROBERT CASANZIO,

          Defendant
_____

DECISION and ORDER

19-MJ-4005

      This case was referred by Magistrate Judge Marian Payson on June 21, 2019, to the undersigned pursuant to pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). On June 21, 2019, Magistrate Judge Payson filed a Report and Recommendation ("R&R") [Docket #14] recommending that the Court determine Defendant competent to stand trial. The time has passed for Defendant to file any objections to the R&R, and none have been filed.

      Accordingly, for the reasons set forth in Magistrate Judge Payson's R&R, the Court finds Defendant competent to stand trial.

      IT IS SO ORDERED.

Dated: Rochester, New York
       September 30, 2019

           ENTER:

                      <u>/s/ Charles J. Siragusa</u>
                      CHARLES J. SIRAGUSA
                      United States District Judge